**PRIORITY SEND**
**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV 11-10229-JFW (FFMx)**                    Date:  February 23, 2012

Title:     Serob Yegoyan -v- Cavalry Protfolio Services, LLC

**PRESENT:**
### HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

**Shannon Reilly**                          **None Present**
**Courtroom Deputy**                        **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                        None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER DISMISSING ACTION WITHOUT PREJUDICE**


As a result of the Plaintiff's failure to cooperate in the preparation of the Joint Rule 26(f) Report as required by the Court's Order of January 25, 2012, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for March 5, 2012, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.